**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| ANGELA V.W., Plaintiff, | ) | No. 26-cv-13763-AK |
| v. | ) | |
| MARKWAYNE MULLIN, et al., Defendants. | ) | |

## ORDER OF REMAND

In accordance with the Parties' Joint Motion for Remand [Dkt. 9], it is **ORDERED** that the above-entitled action be, and hereby is, **REMANDED** to the Department of Homeland Security and specifically the United States Citizenship and Immigration Services.

**SO ORDERED**.

Dated: November 17, 2026

/s/ Angel Kelley
Hon. Angel Kelley
United States District Judge